UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR HUGO CASTILLO RIVERA,<br><br>        Plaintiff,<br><br>  vs.<br><br>STATE OF WASHINGTON, PROSECUTING ATTORNEY, LAW ENFORCEMENT, CITY OF SUNNYSIDE,<br><br>        Defendants. | NO.  CV-07-3097-EFS<br><br>**ORDER DISMISSING ACTION** |

By Order filed February 27, 2008, the Court directed Plaintiff Victor Hugo Castillo Rivera to complete and file a financial affidavit as required by 28 U.S.C. § 1915(a)(1), or to pay the $350.00 filing fee for this action.  The Court cautioned Mr. Rivera that the action would be dismissed for failure to prosecute if he failed to comply.  Mr. Rivera did not comply and has filed nothing further in this action.

Accordingly, **IT IS ORDERED**: this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).  This file shall be CLOSED.

///

///

ORDER DISMISSING ACTION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this ___22nd___ day of April 2008.

                                                         S/ Edward F. Shea
                                                           EDWARD F. SHEA
                                            UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\7cv3097efs-4-15-dis.wpd

ORDER DISMISSING ACTION -- 2