AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Victor Hugo Castillo Rivera

v.

State of Washington, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-3097-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court directed Plaintiff to complete and file a financial affidavit as required by 28 U.S.C. § 1915(a)(1). Plaintiff has filed nothing further in this action. This action is DISMISSED Without Prejudice pursuant to Federal Rule of Civil Procedure 41(b).

| | |
|---|---|
| 04/22/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |